IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MARLIN ARD**,<br><br>        Plaintiff,<br><br>    v.<br><br>**OREGON STATE BAR, a public corporation; COURTNEY DIPPLE; MERRY ANN MOORE; ROB CORRIGAN; and DOES 1-100**,<br><br>        Defendants. | Case No. 3:20-cv-2143-JR<br><br>**ORDER** |

**Michael H. Simon, District Judge.**

      United States Magistrate Judge Julie A. Russo issued Findings and Recommendation in this case on November 28, 2022. Judge Russo recommended that this Court grant Merry Ann Moore and Rob Corrigan's supplemental motion for attorney's fees in part, in the amount of $1,824.30. No party has filed objections.

      Under the Federal Magistrates Act (Act), the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). If a party objects to a magistrate judge's findings and recommendations, "the court

PAGE 1 – ORDER

shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

If no party objects, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."); *United States. v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding that the court must review *de novo* magistrate judge's findings and recommendations if objection is made, "but not otherwise").

Although review is not required in the absence of objections, the Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154. Indeed, the Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that "[w]hen no timely objection is filed," the court review the magistrate judge's findings and recommendations for "clear error on the face of the record."

No party having made objections, this Court follows the recommendation of the Advisory Committee and reviews Judge Russo's Findings and Recommendation for clear error on the face of the record. No such error is apparent. Accordingly, the Court ADOPTS Judge Russo's Findings and Recommendation, ECF 79. The Court GRANTS IN PART the Supplemental Motion for Attorney's Fees filed by Defendants Merry Ann Moore and Robert Corrigan, ECF 75, in the amount of $1,824.30.

**IT IS SO ORDERED.**

DATED this 13th day of February, 2023.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 2 – ORDER